UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

RICHARD BOURT, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

CIVIL ACTION

NO. 3:02CV00191 (AVC)

_____X
_____X

SAMUEL J. COMPO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO: 3:02CV1675(PCD)

_____X
_____X

ROBERT L. FUDA,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO. 3:02CV01678 (RNC)

_____X

**FELA HEARING LOSS CASES -  MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**

_____X

JOHN P. GEARY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01679 (WWE)

_____X

ROBERT HICKEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant
_____X

CIVIL ACTION

NO. 3:02CV01674 (CFD)

_____X

THOMAS KINIRY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01680 (JBA)

_____X

RICHARD K. LASKEVITCH

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01676 (GLG)

_____X

JOHN RAGGI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01681 (GLG)

_____X

EDWARD P. RUSSO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01682 (JCH)

———————————————————————X

JAMES SCOFIELD,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
———————————————————————X

CIVIL ACTION

NO. 3:02CV1683 (JCH)

———————————————————————X

MICHAEL SELMONT,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
———————————————————————X

CIVIL ACTION

NO. 3:02CV1677 (GLG)

———————————————————————X

MILLARD J. SULLIVAN,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
———————————————————————X

CIVIL ACTION

NO. 3:02CV01684 (JCH)

4

_____X

FRANCIS BAKUTIS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01877 (MRK)

_____X

ROBERT C. BLACK,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01873 (AVC)

_____X

JAMES CAFFREY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01884 (CFD)

5

_____X

CHARLES KANE,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01878 (CFD)

_____X

KARL KAUTZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01874 (JBA)

_____X

FREDERICK N. KOVAL,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01879 (GLG)

_____X

SIGISMONDO LoVERME,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01880 (PCD)

_____X

HENRY MACKEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01881 (AWT)

_____X

LOUIS MURRAY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01882 (JBA)

_____X

ALFRED C. SCHUMACHER,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01875 (AHN)

_____X

TIMOTHY STRAND,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01883 (AWT)

_____X

TIMOTHY SWEENEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01872 (RNC)

```
_____X
BILLY JOE WILSON,
                                              CIVIL ACATION
        Plaintiff
                                              NO. 3:02CV01876 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
NICKOLAS R. ATLAS,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02029 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY,

        Defendant
_____X
_____X
MICHAEL BETTINI,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02030 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

9

```
─────────────────────────────────────────X
PAUL F. CIUZIO,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02032 (JBA)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
─────────────────────────────────────────X
─────────────────────────────────────────X

RICHARD FANNING,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02034 (SRU)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
─────────────────────────────────────────X
─────────────────────────────────────────X

THOMAS FARLEY,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 302CV02035 (WWE)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
─────────────────────────────────────────X
```

_____X

CALOGERO FARRUGGIO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02036 (CFD)

_____X

CLYDE GIBBS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02037 (WWE)

_____X

THOMAS INFANTINO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02038 (GLG)

_____X

ANTONIO P. SARTORI, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02039 (PCD)

_____X

LAWRENCE TRAMAGLINI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 302CV02040 (SRU)

_____X

JOSEPH WALZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02041 (DJS)

```
_____X
MAURICE BARRETT,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00180 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

DAVID BETRIX,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00181 (WWE)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

THOMAS BYRNE, SR.,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00182 (CFD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

_____X

FRANK DiLORENZO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:03CV00183 (AWT)

_____X

DENNIS INCONSTANTI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:03CV00184 (MRK)

_____X

JOHN F. JOHNSON, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:03CV00185 (GLG)

```
_____X

JOHN MELILLO,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00186 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY,

        Defendant
_____X
_____X

JERRY D. PATTERSON, SR.,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00187 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

PEDRO RODRIGUEZ,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00188 (JBA)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

15

| | |
|---|---|
| _____X | |
| RICHARD STARR, | |
|     Plaintiff | CIVIL ACTION |
| VS. | NO. 3:03CV00189 (RNC) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | |
| _____X | |
| _____X | |
| ROBERT WEST, | |
|     Plaintiff | CIVIL ACTION |
| VS. | NO. 3:03CV00190 (AWT) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | |
| _____X | |
| _____X | |
| ROBERT F. WRIGHT, | |
|     Plaintiff | CIVIL ACTION |
| VS. | NO. 3:03CV00191 (RNC) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | NOVEMBER 14, 2003 |
| _____X | |

## **PLAINTIFFS' MOTION TO COMPEL METRO-NORTH**

    Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

16

14, 17, 18 ,19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6,

7, 8 and 9).   A memorandum of a law and an affidavit

are being filed herewith.

                                  FOR THE PLAINTIFFS,


                                  By_____
                                    Scott E. Perry (ct17236)
                                    CAHILL & GOETSCH, P.C.
                                    43 Trumbull Street
                                    New Haven, Connecticut  06511
                                    (203) 777-1000


## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of

November, 2003, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street,

P.O. Box 3057, Stamford, Connecticut  06905 and to Lori A. McCarthy, Esq., Flynn & Associates, P.C.,

189 State Street, 6th Floor, Boston, Massachusetts 02109.


                                  _____
                                  Scott E. Perry