UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -5 P 6: 05

| | | |
|---|---|---|
| MILLARD J. SULLIVAN | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3-02-cv-1684 (JCH) |
| v. | : | |
| METRO-NORTH RAILROAD | : | |
| COMPANY, ET AL | : | |
| Defendants | : | FEBRUARY 5, 2004 |

### ENDORSEMENT RULING [DKT. NO. 17]

Dkt. No. 17 is hereby **DENIED**. The case has been referred to Magistrate Judge Margolis for pretrial matters.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 5th of February, 2004.

_____
Janet C. Hall
United States District Judge