UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-------------------------------------------------------X
MILLARD J. SULLIVAN,

       Plaintiff,

v.                                         Civil Action No: 3:02 CV 1684 (JCH)

METRO-NORTH RAILROAD COMPANY, ET AL,

       Defendants.                              November 15, 2004
-------------------------------------------------------X

## STIPULATION FOR DISMISSAL

    It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and without costs to any parties.

| THE PLAINTIFF | THE DEFENDANT, |
|---|---|
| MILLARD J. SULLIVAN | METRO-NORTH RAILROAD COMPANY |
| | |
| By:_____ | By:_____ |
| Scott E. Perry, Esq., (CT 17236) | Anthony D. Sutton, Esq., (CT 20607) |
| Cahill & Goetsch, P.C. | Ryan, Ryan, Johnson & Deluca, LLP |
| 43 Trumbull Street | 80 Fourth Street, P.O. Box 3057 |
| New Haven, CT 06511 | Stamford, CT 06905 |
| Phone No. 203-777-111 | Phone No. 203-357-9200 |

<u>FELA HEARING LOSS CASE - MAY BE
FILED IN NEW HAVEN AS ORDERED
BY MAGISTRATE JUDGE MARGOLIS</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott E. Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff

 

                                                     _____
                                                      Anthony D. Sutton, Esq.